| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sheridan, Peter G. | U.S. District Court New Jersey | 06/12/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Clarkson S Fisher, Jr Courthouse <br> 402 East State Street <br> Trenton, NJ 08608 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | St Peter's College |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 16 A 10: 07 FINANCIAL DISCLOSURE OFFICE

Sheridan, Peter G

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 31 | Sheridan, Peter G. | 06/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | 2008 | West Windsor Plainsboro School District - Salary |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 31 | Sheridan, Peter G. | 06/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## FINANCIAL DISCLOSURE REPORT
Page 4 of 31

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch Retirement Plus Annuity | A | Distribution | | T | Distributed (part) | 02/15 | K | E | |
| 2. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 12/11 | J | | |
| 3. Merrill Lynch (Blackrock) Global Allocation Fund | A | Dividend | J | T | | | | | |
| 4. | | | | | Buy (add'l) | 07/21 | J | | |
| 5. | | | | | Buy (add'l) | 12/17 | J | | |
| 6. Merrill Lynch (Blackrock) S & P 500 Index Fund | A | Dividend | J | T | | | | | |
| 7. | | | | | Buy (add'l) | 12/19 | J | | |
| 8. Wachovia Accounts | A | Interest | L | T | | | | | |
| 9. Mercer County Teachers Credit Union Account | A | Interest | J | T | | | | | |
| 10. American Capital Income Builder Fund CL C | C | Int./Div. | L | T | Sold (part) | 02/14 | J | | |
| 11. | | | | | Buy (add'l) | 03/24 | J | | |
| 12. | | | | | Buy (add'l) | 06/24 | J | | |
| 13. | | | | | Buy (add'l) | 09/22 | J | | |
| 14. | | | | | Buy (add'l) | 12/22 | J | | |
| 15. | | | | | Buy (add'l) | 12/23 | J | | |
| 16. Blackrock Global Allocation Fund Inc C | C | Int./Div. | L | T | Sold (part) | 02/14 | J | | |
| 17. | | | | | Buy (add'l) | 07/21 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 5 of 31

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 12/17 | J | | |
| 19. ML Bank USA | A | Interest | J | T | | | | | |
| 20. Washington Mutual Bank | A | Interest | | | Redeemed | 05/02 | J | | |
| 21. R-G Premier Bank | A | Interest | J | T | | | | | |
| 22. Western Bank PR | A | Interest | J | T | | | | | |
| 23. Discover Bank | A | Interest | J | T | | | | | |
| 24. Valic Retirement Fixed Plus Account | A | Int./Div. | K | T | Buy | 12/31 | J | | |
| 25. Valic Retirement Stock Index Account | A | Int./Div. | L | T | Buy | 12/31 | J | | |
| 26. Merrill Lynch Bank USA | A | Interest | J | T | Open | 02/19 | J | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 30 of 31

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 06/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 31 of 31 | Sheridan, Peter G. | 06/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544